# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                            dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                             ltrust@osbornlawpc.com

**VIA ECF**

Honorable Valerie Figueredo
United States District Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Application Granted**
>
> *Valerie Figueredo, U.S.M.J.*
> DATED: 7-18-2023
>
> The proposed amended briefing deadlines contained herein are adopted. The Clerk of Court is directed to terminate the motion at ECF No. 19. **SO ORDERED.**

         Re:     *Wallace v. Commissioner of Social Security*
                     Civil Action No. 1:22-cv-09573-VEC-VF

Dear Judge Figueredo,

       We write on behalf of plaintiff, Iesha M S Wallace, and with the consent of the defendant, to request a 35-day extension of time to serve plaintiff's motion for judgment on the pleadings as per the May 19, 2023 Order granting extension of time. Plaintiff's motion for judgment on the pleadings is due on July 19, 2023. Plaintiff respectfully requests an extension of time up to and including August 23, 2023. This is plaintiff's second request for an extension. The reason for the request is that our office has ten briefs due in the next 12 days.

       After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a. Plaintiff served a written proposal for settlement on counsel for the Commissioner on **March 22, 2023**;

b. The Parties filed a joint letter stating that they intend to proceed to briefing on their respective positions on **April 20, 2023**;

**c.** The Defendant filed the e-CAR on **February 21, 2023;**

d. Plaintiff to file her motion for judgment on the pleadings on or before **August 23, 2023**;

Honorable Valerie Figueredo
July 17, 2023
Page Two

  e. Defendant to file its response/cross-motion on or before **October 23, 2023**; and

  f. Plaintiff to file her reply (if any) on or before **November 13, 2023**.

Thank you for your consideration of this request.

              Respectfully submitted,

              s/Daniel A. Osborn
              Daniel A. Osborn
              OSBORN LAW, P.C.
              43 West 43rd Street, Suite 131
              New York, New York 10036
              Telephone: 212-725-9800
              Facsimile: 212-500-5115
              dosborn@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)